IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 09 2026
AT_____ O'CLOCK
John M. Domurad, Clerk - Albany

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:26 CR 123 (MAD) |
| | ) | |
| **v.** | ) | **Indictment** |
| | ) | |
| **JAMES W. HILL,** | ) | Violation:  18 U.S.C. §§ 922(g)(1) and 924(a)(8) [Possession of Ammunition by a Prohibited Person] |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | 1 Count & 1 Forfeiture Allegation |
| | ) | |
| **Defendant.** | ) | County of Offense:  Warren |

## THE GRAND JURY CHARGES:

### COUNT 1
### [Possession of Ammunition by a Prohibited Person]

On or about May 31, 2024, in Warren County in the Northern District of New York, the defendant, **JAMES W. HILL**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed multiple rounds of ammunition, that is 4 rounds of Ammunition (A-MERC) 9mm, 4 rounds of Winchester 9mm, and 6 rounds of PMC 9mm, and the ammunition was in and affecting commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

### FORFEITURE ALLEGATION

The allegations contained in Count 1 of this indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1), as set forth in Count 1 of this indictment, the defendant, **JAMES W. HILL**, shall forfeit to the United States pursuant

to 18 U.S.C. § 924(d)(1) by 28 U.S.C. § 2461(c), any ammunition involved in and used in any

knowing commission of such offense, including but not limited to:

(1) 4 rounds of Ammunition (A-MERC) 9mm;

(2) 4 rounds of Winchester 9mm; and

(3) 6 rounds of PMC 9mm.

Dated:    April 9, 2026

A TRUE BILL,    Name Redacted

███████████████████████

Grand Jury Foreperson

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney

By:    _Mikayla Espinosa_
Mikayla Espinosa
Assistant United States Attorney
Bar Roll No. 704989

2